MARTIN D. BUCKLEY, Respondent, v. CHARLES B. SHAFER and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

M. GERTRUDE CROSIER, as Administratrix, etc., Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied.

TRACY DEVELOPMENT COMPANY, Appellant, v. EMPIRE GAS AND ELECTRIC COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of EUGENE W. WILCOX for an Order Directing the MUTUAL LIFE INSURANCE COMPANY OF NEW YORK to Substitute in His Two Policies Such Beneficiary as He May Nominate, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LEON H. MARCY, Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CHARLES J. WITHERSTINE, Respondent, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION OF LONDON, ENGLAND, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM WEED, Respondent, v. CLARENCE W. DARLING and Another, as Copartners, etc., Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

PHILLIP F. HANLON, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

KATHRYN M. HUBBELL, as Administratrix, etc., Respondent, v. MARTIN W. BUCKLEY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by February first, pay to respondent's attorney ten dollars, and be ready for argument on March seventh.

ALEXANDER L. FINK and Others, Appellants, v. DAVID S. WRIGHT, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers within thirty days.

DAVID S. WRIGHT, Respondent, v. ALEXANDER L. FINK and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers within thirty days.

CHARLES D. CROWLEY, as Administrator, etc., Respondent, v. MATTHEW A. LEAHY, as Administrator, etc., Respondent. JOHN MCAULEY, Appellant.— Motion granted and appeal dismissed, with costs.

MAYNARD L. RIEGEL, Respondent, v. BARBARA FRANZEL, Appellant.— Motion for stay pending appeal granted.

In the Matter of the Estate of ANDREW DAVIS, Deceased.— Motion to compel respondent to accept and retain notice of appeal granted, without costs.

THOMAS B. ANDERSON, Respondent, v. WILLIAM R. SMITH, Appellant.— Motion granted and appeal dismissed.

In the Matter of the Appointment of Hon. JOHN S. LAMBERT as an Official Referee.— Hon. John S. Lambert is appointed an official referee, pursuant to the provisions of the Judiciary Law.*

* See Judiciary Law, § 115, as amd. by Laws of 1920, chap. 761.— [REP.